IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 04-108 LRR |
| ) | |
| vs. ) | |
| ) | |
| LEON JOHNSON (a/k/a Terrell Hill, ) | |
| Williams McHee, William C. McGhee, ) | |
| William C. McGee, William McGhee, ) | |
| Terrell Eiill, William T. McGhee, Tyrone Hill, ) | |
| Ricky Talman, Ricky Tolbert, and ) | |
| James Johnson), ) | |
| ) | |
| Defendant. ) | |

## RESPONSE TO DEFENDANT'S MOTION TO CONTINUE

The United States does not oppose defendant's motion to continue trial. Because of conflicts with attorneys' schedules, the United States respectfully requests the Court schedule trial for either February 22 or 28, 2005.

Respectfully submitted,

CHARLES W. LARSON, SR
United States Attorney

By, s/Rebecca Goodgame Ebinger

REBECCA GOODGAME EBINGER
Special Assistant United States Attorney
P. O. Box 74950
Cedar Rapids, IA 52407-4950
319-363-0091
319-363-6333
Rebecca.Ebinger@usdoj.gov

CERTIFICATE OF SERVICE
The undersigned certifies that a copy of this document was served on January 14, 2005, to the parties or attorneys of record, shown below by:

☐ U.S. Mail  ☐ Fax  ☐ Hand Delivery
■ Electronically

UNITED STATES ATTORNEY

BY: _s/H.Schmatt_
COPIES TO: John Bishop